Printed: 01/21/10 09:19 AM                                                                                      Page: 1

# Claims Distribution Small Checks

Trustee: Bridget A. Brine (430170)

Case: 08-50416 - MAKEDONSKY, GREGG ROBERT

| Account No. | Check No. | Issued | Claim No. | Filed | Payee: | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8205980806(6) | 105 | 01/21/10 | 2U-2 | 08/22/08 | U.S. Bankruptcy Court | 610 | Internal Revenue Service | 16.33 | 16.33 | 0.68 | 0.68 |

Check Amount: $0.68

(*) Denotes objection to Amount Filed

2010 JAN 25 AM 9:57
U.S. BANKRUPTCY COURT
DULUTH, MN
RECEIVED

30 c40
1-25-10
1:35 PM
2